
PLAINTIFF'S EXHIBIT B

Electronically Recorded

012126-21  12 Mar 2021  10:59:07 AM

Book: **2021**
Page: **012126-21**
2 pages

REAL ESTATE DOCUMENT
GREENE COUNTY, MISSOURI
RECORDERS CERTIFICATION

Cheryl Dawson-Spaulding
Recorder of Deeds

lcunningham

# Warranty Deed by Limited Liability Company

THIS DEED, Made and entered into this 1 day of March, 2021, by and between

Grantor: **505 WEST C STREET, LLC, A MISSOURI LIMITED LIABILITY COMPANY**

of the County of GREENE, State of Missouri, party or parties of the first part, and

Grantee: **WR BREWERY HOLDINGS LLC**
of the County of GREENE, State of Missouri, party or parties of the second part,

Grantee's mailing address: 505 W. Commercial St, Springfield, MO 65803

WITNESSETH, that the said party or parties of the first part, for and in consideration of the sum of One Dollar and other valuable consideration paid by the said party or parties of the second part, the receipt of which is hereby acknowledged, does or do by these presents GRANT, BARGAIN AND SELL, CONVEY AND CONFIRM unto the said party or parties of the second part, the following described Real Estate, situated in the County of GREENE and State of Missouri, to-wit:

Beginning at the Northeast corner of Lot Two (2), Block Thirty-three (33), ORIGINAL PLAT OF NORTH SPRINGFIELD, in the City of SPRINGFIELD, GREENE County, Missouri, according to the recorded plat thereof; thence South along the West right of way line of Lyon Avenue, 149.54 feet to the intersection of the West right of way line of said Lyon Avenue and the North line of Commercial Street; thence Westerly along the North right of way line of Commercial Street, a distance of 159.46 feet to the line that divides the East Half (E½) of the Southeast Quarter (SE¼) of Section Eleven (11), Township Twenty-nine (29) North, Range Twenty-two (22) West, into East and West halves; said point being 254.14 feet South of the centerline of the Burlington-Northern Railroad; thence North along the line that divides said East Half (E½) of the Southeast Quarter (SE¼) of Section Eleven (11), Township Twenty-nine (29) North, Range Twenty-two (22) West into East and West halves, a distance of 154.53 feet to the North line of Lot Two (2), Block Thirty-three (33) of the ORIGINAL TOWN OF NORTH SPRINGFIELD, as projected West; thence East along the North line of said Lot Two (2), a distance of 157.50 feet to the point of beginning, in the City of SPRINGFIELD, GREENE County, Missouri.

SUBJECT TO EASEMENTS, RESTRICTIONS, RESERVATIONS AND COVENANTS OF RECORD, IF ANY.
TO HAVE AND TO HOLD THE SAME, Together with all rights and appurtnances to the same, belonging unto the said party or parties forever.
The said party of the first part covenanting that said party and the heirs, executors, administrators and assigns of such party, shall and will WARRANT AND DEFEND the title to the premises unto the said party or parties of the second part, and to the heirs and assigns of such party or parties forever, against the lawful claims of all persons whomsoever, excepting however, the general taxes for the current calendar year, and thereafter and special taxes becoming a lien after the date of this deed, and restrictions, easements and

authorized Manager(s) or Member(s) the day and year first above written.

**505 W C STREET, LLC**

_____/s/_____

_____/s/_____

**JOHN D. HOSFIELD, TRUSTEE OF THE REVOCABLE LIVING TRUST AGREEMENT OF JOHN N. HOSFIELD, DATED MARCH 27, 2009**

**ITS MEMBER**

STATE OF Washington )
                          ) SS
COUNTY OF Pierce )

On this 1 day of March, 2021 before me personally appeared JOHN N. HOSFIELD, TRUSTEE to me personally known who being by me duly sworn, did say that HE is/are the MEMBER of 505 W C STREET, LLC, a MO LIMITED LIABILITY COMPANY, and said JOHN N. HOSFIELD, TRUSTEE acknowledged said instrument to be the free act and deed of said 505 W C STREET, LLC

In testimony whereof, I have hereunto set my hand and affixed my official seal in my office in Springfield, Missouri on the day and year last above written.

Fidelity Title Agency 417-887-8836
2020120082

Notary Public

**ROBERT D. CUIZON
SGT, USA
MILITARY NOTARY**
exp. 18 Feb 22