

Electronically Recorded
007862-24 20 Mar 2024 02:47:27 PM

Book: 2024
Page: 007862-24
3 pages

REAL ESTATE DOCUMENT
GREENE COUNTY, MISSOURI
RECORDERS CERTIFICATION

*Cheryl Dawson-Spaulding*
Cheryl Dawson-Spaulding
Recorder of Deeds

lcunningham

## WARRANTY DEED BY LIMITED LIABILITY COMPANY

KNOW ALL MEN BY THESE PRESENTS on this 20th day of March 2024: That WR BREWERY HOLDINGS, LLC, (Grantor), a Limited Liability Company, organized and existing under the laws of the State of Missouri party of the first part, in consideration of
TEN AND NO/100THS-------------------------------------------------------- DOLLARS

To be paid by WHITE RIVER BREWERY, LLC, a Missouri Limited Liability Company, party of the second part,

Mailing address of Grantee is: 505 W Commercial St Springfield, MO 65803

the receipt whereof is hereby acknowledged, and by virtue and pursuance of approval and consent of all members of said party of the first part, does by these presents, Grant, Bargain, Sell, Convey and Confirm unto the said part of the second party its successors and assigns, the following described lots, tracts, or parcels of land, lying, being and situated in the County of GREENE and State of Missouri to wit:

LEGAL DESCRIPTION ON ATTACHED EXHIBIT

    TO HAVE AND TO HOLD the premises aforesaid, with all and rights, privileges, appurtenances, and immunities thereto belonging or in any way appertaining unto the said party of the second part, its successors and assigns, forever. The said party of the first part hereby covenanting that it is lawfully seized of an indefeasible estate in fee in the premises herein conveyed; that it has good right to convey the same; that the said premises are free and clear of any encumbrance done or suffered by it or those under whom it claims; and that it will warrant and defend the title to the said premises unto the said party of the second part and unto their heirs and assigns forever, against the lawful claims and demands of all persons whomsoever, excepting however, the general taxes for the current calendar year, and thereafter, and special taxes becoming a lien after the date of this deed, and restrictions, easements and building set back lines of record if any, and zoning laws.

    IN WITNESS WHEREOF, the said party of the first part has caused these presents

to be signed by its authorized Member this the __20__ day of March 2024.

WR BREWERY HOLDINGS, LLC

_____
John Michael Felts, Member

STATE OF MISSOURI )

COUNTY OF GREENE)

ACKNOWLEDGMENT

On this ____ day of March 2024, before me personally appeared JOHN MICHAEL FELTS, to me personally known, who being duly sworn did say that he is the Sole Member of WR BREWERY HOLDINGS, LLC, and that the said instrument was signed and sealed in Springfield, Missouri, on behalf of said company by authority of its members.

In testimony whereof, I have hereunto set my hand and affixed my official seal, at my office in Springfield, Missouri, the day and year first above written.

_____
Notary Public

```
R L. MARTIN
Notary Public – Notary Seal
STATE OF MISSOURI
Stone County
My Commission Expires Mar 21 2024
Commission #12442248
```

EXHIBIT

**Beginning at the Northeast corner of Lot Two (2), Block Thirty-three (33), ORIGINAL PLAT OF NORTH SPRINGFIELD, in the City of SPRINGFIELD, GREENE County, Missouri, according to the recorded plat thereof; thence South along the West right of way line of Lyon Avenue, 149.54 feet to the intersection of the West right of way line of said Lyon Avenue and the North line of Commercial Street; thence Westerly along the North right of way line of Commercial Street, a distance of 159.46 feet to the line that divides the East Half (E½) of the Southeast Quarter (SE¼) of Section Eleven (11), Township Twenty-nine (29) North, Range Twenty-two (22) West, into East and West halves; said point being 254.14 feet South of the centerline of the Burlington-Northern Railroad; thence North along the line that divides said East Half (E½) of the Southeast Quarter (SE¼) of Section Eleven (11), Township Twenty-nine (29) North, Range Twenty-two (22) West into East and West halves, a distance of 154.53 feet to the North line of Lot Two (2), Block Thirty-three (33) of the ORIGINAL TOWN OF NORTH SPRINGFIELD, as projected West; thence East along the North line of said Lot Two (2), a distance of 157.50 feet to the point of beginning, in the City of SPRINGFIELD, GREENE County, Missouri.**