

# DIVISION OF ALCOHOL AND TOBACCO CONTROL



**Michael L. Parson**
Governor

**Sandra K. Karsten**
Director, Public Safety

**Michael A. Leara**
State Supervisor

# Springfield Informal Conferences
# MAY 2, 2024
(Revised date: **5/2/2024**)

**9:00 A.M.**
**NAME**: WR BREWERY HOLDING LLC d/b/a WHITE RIVER BREWING, 505 W COMMERCIAL ST, SPRINGFIELD, MO 65803-2631
**LICENSE #:** 273897, 274003 (23-240279)   **TYPE**: RBD, SBD
**CHARGES**: Immoral Character
**DISPOSITION**: **Surrender License per Agreement**   **EFFECTIVE/DUE DATE**: **6/30/2024**
**CHARGES**: Fail to report change of fact
**DISPOSITION**: **Surrender License per Agreement**   **EFFECTIVE/DUE DATE**: **6/30/2024**

**9:00 A.M.**
**NAME**: BOURBON AND BEALE LLC d/b/a BOUBON AND BEALE, 2639 S. GLENSTONE AVE., SPRINGFIELD, MO 65804
**LICENSE #:** 269157 (23-231150)   **TYPE**: RBD
**CHARGES**: Immoral Character
**DISPOSITION**: **Surrender License per Agreement**   **EFFECTIVE/DUE DATE**: **6/30/2024**
**CHARGES**: Fail to report change of fact
**DISPOSITION**: **Surrender License per Agreement**   **EFFECTIVE/DUE DATE**: **6/30/2024**

**9:00 A.M.**
**NAME**: TACO HABITAT GMP LLC d/b/a TACO HABITAT, 3325 S. GLENSTONE AVE., SPRINGFIELD, MO 65804
**LICENSE #:** 272470 (23-231151)   **TYPE**: RBD
**CHARGES**: Immoral Character
**DISPOSITION**: **Surrender License per Agreement**   **EFFECTIVE/DUE DATE**: **6/30/2024**
**CHARGES**: Fail to report change of fact
**DISPOSITION**: **Surrender License per Agreement**   **EFFECTIVE/DUE DATE**: **6/30/2024**

**9:00 A.M.**
**NAME**: CLUCK 2 LLC d/b/a HOT CLUCKERS, 4406 S CAMPBELL AVE STE 116, SPRINGFIELD, MO 65807
**LICENSE #:** 276093 (23-231152)   **TYPE**: RBD
**CHARGES**: Immoral Character
**DISPOSITION**: **Surrender License per Agreement**   **EFFECTIVE/DUE DATE**: **6/30/2024**
**CHARGES**: Fail to report change of fact
**DISPOSITION**: **Surrender License per Agreement**   **EFFECTIVE/DUE DATE**: **6/30/2024**

**NAME**: R. KEITH HAZELBAKER VENTURES INC d/b/a PCS DISTILLING COMPANY, 436 BAXTER AVE, LOUISVILLE, KY 40204-1146
**LICENSE #:**285030 (23-240571)  **TYPE**:  LS
**CHARGES**: Unlawful sale of unlabeled liquor
**DISPOSITION**: **$500.00 (PAID 5/1/2024)**
**CHARGES**: Unlawful sale of unlabeled liquor
**DISPOSITION**: **$500.00 (PAID 5/1/2024)**
**CHARGES**: Unlawful sale of unlabeled liquor
**DISPOSITION**: **$500.00 (PAID 5/1/2024)**
**CHARGES**: Unlawful sale of unlabeled liquor
**DISPOSITION**: **$500.00 (PAID 5/1/2024)**
**CHARGES**: Unlawful sale of unlabeled liquor
**DISPOSITION**: **$500.00 (PAID 5/1/2024)**

**NAME**: MARTIN'S DISCOUNT CIGARETTES LLC d/b/a MARTIN'S DISCOUNT CIGARETTES, 101 CRESCENT DRIVE, LEBANON, MO 65536
**LICENSE #:**215710 (23-240202)  **TYPE**:  OPL
**CHARGES**: Unlawful Sale or supply to minor
**DISPOSITION**: **$200.00 (PAID 4/22/2024)**

**NAME**: WILMOTH ENTERPRISES INC. d/b/a TRAVEL CENTERS OF AMERICA, 1000 E MT VERNON BOULEVARD, MOUNT VERNON, MO 65712-2121
**LICENSE #:**270768, 270769 (23-240290)  **TYPE**:  OPL, SOP
**CHARGES**: Possession of intoxicating liquor not purchased from duly licensed wholesaler
**DISPOSITION**: **$400.00 (PAID 4/8/2024)**

**NAME**: TAYLORS STATELINE TRUCKSTOP LLC d/b/a MUNCH & PUMP DONIPHAN #3,  HWY 142 E, DONIPHAN, MO 63935
**LICENSE #:**262155, 262156 (23-240401)  **TYPE**:  OPL, SOP
**CHARGES**: Unlawful Storage
**DISPOSITION**: **$400.00 (PAID 4/12/2024)**

**NAME**: MISSOURI CVS PHARMACY LLC d/b/a CVS PHARMACY #10280, 500 NORTH BISHOP AVE., ROLLA, MO 65401
**LICENSE #:**218431, 218432, 218433 (24-240810)  **TYPE**:  OPL, SOP, OPT
**CHARGES**: Unlawful Transfer Of Intoxicating Liquor
**DISPOSITION**: **$400.00 (PAID 4/12/2024)**

**NAME**: LAZY LEE OPERATION LLC d/b/a ONE STOP #4, 566 W COMMERCIAL ST, LEBANON, MO 65536
**LICENSE #:**275803, 275804 (23-240194)  **TYPE**:  OPL, SOP
**CHARGES**: Unlawful Sale or supply to minor
**DISPOSITION**: **$200.00 (PAID 4/12/2024)**

**NAME**: SHARANAR FOOD LLC d/b/a CORNER MAIDEN LANE, THE, 2300 S MAIDEN LN, JOPLIN, MO 64804
**LICENSE #:**271007, 271008 (24-241066)  **TYPE**:  OPL, SOP
**CHARGES**: Unlawful Sale or supply to minor
**DISPOSITION**: **$200.00 (PAID 4/15/2024)**

**NAME**: FORUM ENTERPRISES LLC d/b/a FORUM ENTERPRISES, 1460 S MADISON ST #A, WEBB CITY, MO 64870
**LICENSE #:**286452, 286453, 286454 (23-240546)  **TYPE**:  OPL, SOP, OPT
**CHARGES**: Unlawful sale/delivery for resale
**DISPOSITION**: **$200.00 (PAID 4/16/2024)**

**NAME**: V.F.W. POST 3176/OZARK MEMORIAL d/b/a V.F.W. POST 3176/OZARK MEMORIAL, 17305 SUPERIOR RD., WAYNESVILLE, MO 65583
**LICENSE #:**166691, 166692 (23-240624)  **TYPE**:  RBDE, SBD
**CHARGES**: Unlawful for licensed retailer to purchase from other than licensed wholesaler
**DISPOSITION**: **$400.00 (PAID 4/16/2024)**

**NAME**: TABLE ROCK TAVERN LLC d/b/a TABLE ROCK TAVERN, 29002 STATE HWY 39, SHELL KNOB, MO 65747
**LICENSE #:** 281523 (23-240192)     **TYPE**: RBDR
**CHARGES**: Unlawful for licensed retailer to purchase from other than licensed wholesaler
**DISPOSITION**: **$400.00 concurrent (PAID 4/15/2024)**
**CHARGES**: Possession of intoxicating liquor not purchased from duly licensed wholesaler
**DISPOSITION**: **$200.00 concurrent (PAID 4/15/2024)**

**NAME**: ELLISON, ROBERT A. d/b/a STATELINE BBQ, 29563 STATE HIGHWAY P, EAGLE ROCK, MO 65641
**LICENSE #:** 261689 (23-240090)     **TYPE**: 5BD
**CHARGES**: Unlawful for licensed retailer to purchase from other than licensed wholesaler
**DISPOSITION**: **$400.00 concurrent (PAID $300)**     **EFFECTIVE/DUE DATE**: **5/2/2024 & 6/2/2024**
**CHARGES**: Possession of intoxicating liquor not purchased from duly licensed wholesaler
**DISPOSITION**: **$200.00 concurrent (PAID $300)**     **EFFECTIVE/DUE DATE**: **5/2/2024 & 6/2/2024**
**CHARGES**: Fail to maintain complete and accurate records
**DISPOSITION**: **$200.00 (PAID $300)**     **EFFECTIVE/DUE DATE**: **5/2/2024 & 6/2/2024**

**NAME**: RESHAM ENTERPRISES LLC d/b/a SNAPPY MART #9, 1818 PORTER WAGONER BLVD., WEST PLAINS, MO 65775-1810
**LICENSE #:** 222497, 222498 (23-240161)     **TYPE**: OPL, SOP
**CHARGES**: Unlawful Sale or supply to minor
**DISPOSITION**: **$500.00 (PAID 4/29/2024)**

**NAME**: PEARL ENTERPRISE LLC d/b/a DISCOUNT SMOKES & LIQUOR, 3931 E 7TH STREET, JOPLIN, MO 64801
**LICENSE #:** 268327, 268328, 292487 (23-240407)     **TYPE**: OPL, SOP, OPT
**CHARGES**: Possession of intoxicating liquor not purchased from duly licensed wholesaler
**DISPOSITION**: **$200.00 (PAID 4/8/2024)**