JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**

First Listed Plaintiff:
United States of America ;
**County of Residence:** Outside This District

**Defendant(s):**

First Listed Defendant:
John M Felts ;
**County of Residence:** Greene County

Additional Defendants(s):
Jennifer M Obert ;
WR Brewery Holdings, LLC ;
White River Brewery, LLC ;

**County Where Claim For Relief Arose:** Greene County

**Plaintiff's Attorney(s):**

AUSA Anthony M. Brown ( United States of America)
USAO
901 E. St. Louis St., Suite 500
Springfield, Missouri 65806
**Phone:** 4175758167
**Fax:**
**Email:** Anthony.Brown2@usdoj.gov

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 1. U.S. Government Plaintiff

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** N/A

    **Defendant:** N/A

Case 6:25-cv-03252-JAM     Document 1-8     Filed 09/04/25     Page 1 of 2

**Origin:** 1. Original Proceeding

**Nature of Suit:** 370 Fraud Actions

**Cause of Action:** 28 U.S.C. 3001

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):** 8,173,736.00

    **Jury Demand:** No

    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** s/Anthony M. Brown

**Date:** 09/04/2025

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.