**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 25-03252-CV-S-JAM |
| | ) | |
| JOHN MICHAEL FELTS, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**PROPOSED SCHEDULING ORDER**

Pursuant to the Court's Order on October 20, 2025, (Doc. 4) and in accordance with Rules

16(b) and 26(f), Fed. R. Civ. P. and Local Rules 16.1 and 26.1, the parties submit the following

Proposed Scheduling Order and Discovery Plan.

**A. Scheduling Deadlines**

    a. Date for Joinder of Parties: 12/19/2025

    b. Date for Amendment of Pleadings: 12/19/2025

    c. Plaintiff's Expert Designation Deadline: 3/13/2026
       **(At least 60 days before discovery deadline)**

    d. Defendant's Expert Designation Deadline: 4/13/2026
       **(30 days after Plaintiff's Expert Designation)**

    e. Dispositive Motion Deadline: 6/15/2026
       **(Local Rule 16.1(d)(2) – within 30 days after close of discovery)**

**B. Discovery Plan**

    a. Fed.R.Civ.P. 26(f) Conference was held/will be held on: **11/17/2025**

    b. Fed.R.Civ.P. 26(a)(1) Disclosures were made/will be made on: 12/1/2025

    c. Discovery Deadline: 5/15/2026
       **(Not more than 180 days from submission of this proposed order)**

    d. Discovery Motions will be filed at least 30 days before the close of discovery.

e.  Anticipated Protective Order: ☐YES ☒ NO

f.  Are there any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced? ☐YES ☒ NO. If yes, please state the parties' views and proposals:

**C.  Estimated number of days to try the action**:      Two Days

**D.  Proposed Trial Date**: 11/16/2026
**(150 days from dispositive motion deadline, or later)**

Respectfully submitted,

/s/ Anthony M. Brown                          /s/ Ryan Olson
Anthony M. Brown, Bar  No. 62504             E. Ryan Olson, Bar No. 66125
Assistant United States Attorney             Attorney
Tel: 417/575-8167                            Tel: 417-268-4035
Fax: 417/831-0078                            Fax: 417-268-4040
Email:  Anthony.Brown2@usdoj.gov             Email: Ryan.Olson@huschblackwell.com

ATTORNEYS FOR PLAINTIFF                       ATTORNEYS FOR OBERT DEFENDANTS

### CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on December 5, 2025, the undersigned provided a copy of this proposed scheduling order was provided to *pro se* defendant John Michael Felts via United States mail at the following address:

John Michael Felts #70596-510
Forrest City Low FCI
PO Box 9000
Forrest City, AR 72336

/s/ Anthony M. Brown
Anthony M. Brown
Assistant United States Attorney