IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 25-03252-CV-S-JAM |
| | ) ) | |
| **JOHN MICHAEL FELTS et al.**, | ) ) | |
| Defendants. | ) ) | |

## APPLICATION FOR CLERK'S ENTRY OF DEFAULT

The United States of America, by and through Anthony M. Brown, Assistant United States Attorney, respectfully applies to the Clerk for an entry of default as to defendant John Michael Felts. In support of this application, the United States provides:

Pursuant to Federal Rule of Civil Procedure 55(a), plaintiff, the United States of America, hereby requests that the Clerk of the District Court for the Western District of Missouri enter a default against defendant John Michael Felts for his failure to file an answer or otherwise defend this action as provided for in the Federal Rules of Civil Procedure.

On September 4, 2025, the United States filed a Complaint against defendant John Michael Felts and others. (D.E. 1.) A copy of the Complaint and a Waiver of Service was provided to defendant John Michael Felts, which was returned by the defendant on October 30, 2025. (D.E. 5.) Defendant John Michael Felts had until December 29, 2025, to file an answer or otherwise defend against the action. (D.E. 5.)

WHEREFORE, defendant John Michael Felts has failed to plead or otherwise defend against the action as fully appears from the Court file herein, and from the attached affirmation of

undersigned counsel, the Plaintiff requests that the Clerk enter a default as to defendant John Michael Felts.

R. MATTHEW PRICE
United States Attorney


*/s/ Anthony M. Brown*
Anthony M. Brown
Assistant United States Attorney
Missouri Bar #62504
901 East St. Louis Suite 500
Springfield, Missouri 65806

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that on January 9, 2026, this motion and the Affirmation in Support of Motion for Entry of Default were served via the ECF-CF system to E. Ryan Olson, counsel of record for Defendants Jennifer M. Obert, WR Brewery Holdings, LLC, and White River Brewery, LLC.

And to defendant John Michael Felts, pro se, at the following address via United States Mail:

John Michael Felts
211 Catskill Road
Walnut Shade, Missouri 65771

*/s/ Anthony M. Brown*
Anthony M. Brown
Assistant United States Attorney