# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br><br> v. <br><br> **JOHN MICHAEL FELTS et al.**, <br> Defendants. | Case No.: 25-03252-CV-S-JAM |

## AFFIRMATION IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT

I, Anthony M. Brown, Assistant United States Attorney, hereby affirms as follows:

1. I am counsel for the Plaintiff in this action (hereinafter "Plaintiff").

2. On September 4, 2025, Plaintiff filed a complaint against defendant John Michael Felts ("Felts") and defendants Jennifer M. Obert ("Obert"), WR Brewery Holdings, LLC, and White River Brewery Holdings, LLC (collectively, "Obert Defendants") pursuant to the Federal Debt Collection Procedures Act and the Missouri Uniform Fraudulent Transfer Act (the "Complaint"). (D.E. 1.)

3. The Obert Defendants waived service and timely filed an answer on December 30, 2025. (D.E. 13.)

4. Felts waived service on October 30, 2025, and was ordered to file an answer by December 29, 2025. (D.E. 5.)

5. To date, Felts has not filed a response to the Complaint, nor has anyone entered an appearance on his behalf.

6. Upon information and belief, Felts is not an infant or incompetent, nor is Felts presently in the military service of the United States.

7. The facts entitling Plaintiff to the claimed relief are as follows: in the case styled *United States v. John Michael Felts*, case number 23-03077-10-CR-S-SRB (W.D. Mo.), Felts waived grand jury indictment and pleaded guilty to conspiracy to commit wire fraud, and wire fraud, pursuant to an agreement with the Plaintiff on July 28, 2023. [See Information and Plea Agreement, Docs. 4, 8, *United States v. Felts*, case number 23-03077-01-CR-S-SRB.]

8. As part of Felts's plea agreement with the Plaintiff, Felts agreed that he would be liable to pay "at least $9,988,817" in restitution for his illegal conduct and agreed that restitution would be ordered pursuant to 18 U.S.C. § 3663A, the Mandatory Victims Restitution Act ("MVRA").

9. Further, Felts agreed that "he made no transfer of assets or property for the purpose of: (1) evading financial obligations created by this Agreement; (2) evading obligations that may be imposed by the Court; or (3) hindering efforts of the USAO to enforce such financial obligations. Moreover, [Felts] promises that he will make no such transfers in the future."

10. On or about March 20, 2024, WR Brewery Holdings, LLC executed a warranty deed, signed by the Felts acting in his capacity as the sole member of WR Brewery Holdings, LLC, in favor of White River Brewery, LLC for the Property, and received nothing of value in exchange for the conveyance of the Property.

11. Prior to Felts's criminal sentencing, on May 24, 2024, Felts executed an assignment, transferring "one hundred percent (100%) cumulative membership interest in WR Brewery Holdings, LLC," to Obert and received nothing of value in exchange of his conveyance to WR Brewery Holdings, LLC.

12. Felts was sentenced on December 17, 2024, and was ordered to pay restitution in the amount of $8,173,736.00 to the Small Business administration and a $200 mandatory special assessment, both of which were made due and payable immediately.

13. As of January 9, 2026, Felts owes $8,173,236.00 to the United States.

14. Between the entry of Felts's guilty plea pursuant to an agreement with the Plaintiff, and before judgment was entered in his criminal case, Felts sought to transfer the Property to avoid paying his restitution judgment.

15. Accordingly, Plaintiff filed the Complaint for fraudulent transfer, to which Defendant Felts has failed to answer, seeking the relief pleaded in the Complaint.

16. Defendant John Michael Felts had until December 29, 2025, to file an answer, and as of this date, has failed to plead or otherwise defend this action.

17. Plaintiff requests that this Court enter a default judgment against Defendant Felts, pursuant to Fed. R. Civ. P. 55(a), for failure to plead or otherwise defendant this action as fully appears from the Court file herein.

WHEREFORE Plaintiff United States requests that an entry of default against Defendant John Michael Felts be entered by the Clerk, and for such other and further relief as this Court deems just and proper.

I affirm under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.

_____
Anthony M. Brown
Assistant United States Attorney