IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-03252-CV-S-JAM |
| | ) | |
| JOHN MICHAEL FELTS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On September 4, 2025, a Complaint was filed and assigned to me. (Doc. 1) Due to the nature of the pending motion and because all parties have not consented to jurisdiction before me, it is

ORDERED that the Clerk of the Court randomly assign the case to an Article III District Court Judge for all further proceedings.

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE
