# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 25-03252-CV-S-SRB |
| | ) | |
| | ) | |
| **JOHN MICHAEL FELTS et al.**, | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION TO CONTINUE TRIAL SETTING

COMES NOW the United States of America, by and through R. Matthew Price, United States Attorney for the Western District of Missouri, and Anthony M. Brown, Assistant United States Attorney, and R. Ryan Olson, attorney for Jennifer Obert, WR Brewery Holdings, LLC, and White River Brewery, LLC, and jointly moves to continue the bench trial currently set for November 23, 2026, and all other associated hearings and deadlines, as follows:

1. **Pre-trial conference**: October 14, 2027, beginning at 9 a.m.

2. **Bench trial**: Two-day trial at the U.S. District Courthouse in Springfield, Missouri, beginning on November 22, 2027, at 8:30 a.m., and ending November 23, 2027

3. **Close of all discovery**: May 14, 2027

4. **Dispositive motion deadline**: June 15, 2027

In support of the motion, the parties would state that defendant Obert is working to dispose of the property at issue with the consent of the Plaintiff so that the parties may potentially amicably resolve this matter.

WHEREFORE the parties pray that the Court grants this motion and continues the trial setting, pre-trial conference, and applicable deadlines as outlined above.

Respectfully submitted,

*/s/ Anthony M. Brown*
Anthony M. Brown, Bar No. 62504
Assistant United States Attorney
Tel: 417/575-8167
Fax: 417/831-0078
Email: Anthony.Brown2@usdoj.gov

ATTORNEYS FOR PLAINTIFF

*/s/ Ryan Olson*
E. Ryan Olson, Bar No. 66125
Attorney
Tel: 417-268-4035
Fax: 417-268-4040
Email: Ryan.Olson@huschblackwell.com

ATTORNEYS FOR OBERT DEFENDANTS

CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on April 21, 2026, the undersigned provided a copy of this proposed scheduling order was provided to *pro se* defendant John Michael Felts via United States mail at the following address:

John Michael Felts
2300 E. Division Street
Springfield, Missouri 65803

*/s/ Anthony M. Brown*
Anthony M. Brown
Assistant United States Attorney